

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:21-cr-129-1 　　　　　　　　　　　　　　　　　　　　Date: April 7, 2022

United States of America　　vs.　　David Bruce Coffey

**PROCEEDINGS: In Person Plea to Information.** The defendant was sworn and advised of his constitutional rights and of the penalties of the offense charged. A waiver of indictment was filed. The Court granted [R.13]. The defendant shall remain release with all previous conditions to apply.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE PRESIDING

| Jason Huffaker | Terri Grandchamp | Amanda Latham |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Gregory Rosenberg | | G. Isaacs/A. Mathis |
|---|---|---|
| **Asst. U.S. Attorney** | | **Attorney for Defendant** |

- ☐ No plea agreement filed
- ■ Plea Agreement [R.2] filed on November 16, 2021　　☐ sealed　　■ unsealed
- ■ Defendant was arraigned and specifically advised of his rights pursuant to Rule 11 F.R.C.P.
- ■ Defendant waived reading of the Information　　☐ Information read
- ■ Defendant pleaded guilty to Counts 1 and 2 of the Information.
- ☐ Government moved to dismiss the remaining counts as to this defendant at sentencing.
- ■ Referred for Presentence Investigative Report.
- ■ DATE SET: **Sentencing:** September 16, 2022 at 1:00 p.m.
  　　　　　　**Before** the Honorable Katherine A. Crytzer, United States District Judge

---

- Parties must adhere to Local Rules 83.9.

- If any witnesses are to be called at sentencing, parties must expressly give notice at least fourteen days prior to the sentencing date.

---

- ■ Defendant to remain on bond
- ☐ Defendant remanded to custody of the U.S. Marshal

2:02 – 2:47